IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-21237-CV-KING

MARTA IVETTE RUIZ,

    Plaintiff,

vs.

119TH STREET EXXON, INC. a Florida
corporation, NORTH MIAMI BEACH
GAS STATION, INC. a Florida corporation,
OLGA L. GONZALEZ and ORLANDO
LACORTE,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S RULE 56(f) MOTION AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

THIS CAUSE comes before the Court upon Plaintiff's Rule 56(f) Motion (DE #11), and Defendants' Motion for Summary Judgment (DE #7). The Complaint in this case was filed on May 7, 2009 (DE #1). Pursuant to this Court's June 8, 2009 Scheduling Order (DE #5), the Discovery Deadline is set for January 6, 2010, and the Motion Deadline is January 11, 2010. However, Defendants' Motion for Summary Judgment was filed on August 17, 2009 (DE #7). On September 3, 2009, Plaintiff filed the instant Rule 56(f) motion, asking this Court to avoid ruling on the summary judgment motion until discovery is completed. Defendant responded on September 14, 2009 (DE #12).

Federal Rule of Civil Procedure 56(f) provides that: "If a party opposing the motion [for summary judgment] shows by affidavit that, for specified reasons, it cannot present facts

1

essential to justify its opposition, the court may: 1) deny the motion; 2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or 3) issue any other just order." Defendants' main argument for summary judgment is that Plaintiff and Defendants were not engaged in interstate commerce and are therefore not covered under the Fair Labor Standards Act. However, the Court only has before it two affidavits. No depositions or other evidence has been filed in this case, and there are four months remaining in the discovery period. It is well-settled that "summary judgment may only be decided upon an adequate record." *WSB-TV v. Lee*, 842 F.2d 1266, 1269 (11th Cir. 1998). Thus, consideration of Defendants' Motion for Summary Judgment at this stage would be premature.

Accordingly, after a careful review of the briefs and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. Plaintiff's Rule 56(f) Motion (DE #11) is hereby **GRANTED.**

2. Defendants' Motion for Summary Judgment (DE #7) is hereby **DENIED without prejudice** to re-file the motion after the close of discovery but before the motion practice deadline.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 16th day of September, 2009.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:
**Counsel for Plaintiff**
Peter Joseph Marshall Bober
Bober & Bober

1930 Tyler Street
Hollywood , FL 33020
954-922-2298
Fax: 954-922-5455
Email: peter@boberlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Samara Robbins Bober
Bober & Bober
1930 Tyler Street
Hollywood , FL 33020
954-922-2298
Fax: 922-5455
Email: samara@boberlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Counsel for Defendant**
Harry N. Turk
Harry N. Turk, P.A.
1 S.E. 3rd. Ave.
Suite 2900
Miami , FL 33131
305-350-2223
Fax: 305-350-2225
Email: hturk@turklaw.org
LEAD ATTORNEY
ATTORNEY TO BE NOTICED